UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL PENDOLA and
PATRICIA PENDOLA,

        Plaintiffs,

v.

CENTRAL CREDIT SERVICES,

        Defendant.

Civil Action No. 09-cv-464

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 8/4/09

_/s/ Kimberly_

Kimberly T. Irving, Esq.
Law Offices of Kenneth Miller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: Aug 3, 2009

_/s/ Paul Whitson_

Paul Whitson, Executive Vice President
*Representation for Defendant*
Central Credit Services
9550 Regency Square Boulevard, Ste. 500
Jacksonville, Florida 32225
Phone: 904-371-5203